IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

KENNETH COLE PRODUCTIONS (LIC), INC.
and KENNETH COLE PRODUCTIONS, INC.

    Plaintiff,

    v.

REACTION and MATTHEW CHO,

    Defendant.

------------------------------------------------------------ X

Case No. 08 cv 5218

ECF CASE

JURY TRIAL DEMANDED



FILED JUN - 6 2008 USDC WP SDNY

JUDGE HELLERSTEIN

### FEDERAL RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certify that Plaintiff Kenneth Cole Productions (LIC), Inc. is a wholly-owned subsidiary of Cole Nassau, Inc. which in turn is a wholly-owned subsidiary of Plaintiff Kenneth Cole Productions, Inc. Kenneth Cole Productions, Inc. is a publicly traded corporation, traded on the New York Stock Exchange under the symbol "KCP".

Dated: Scarsdale, New York
       June 6, 2008

                                  Respectfully submitted,

                                  LACKENBACH SIEGEL LLP

                                  By: _____
                                  Howard N. Aronson (HA 6743)
                                  Robert B. Golden (RG 6157)
                                  Attorneys for Plaintiff
                                  Lackenbach Siegel Building
                                  One Chase Road
                                  Scarsdale, New York 10583
                                  (914) 723-4300
                                  (914) 723-4301 (fax)