AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Kenneth Cole Productions (LIC), Inc. and
Kenneth Cole Productions, Inc.

V.

Reaction and Matthew Cho

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 5218

JUDGE HELLERSTEIN

TO: (Name and address of Defendant)

Matthew Cho
1015 S. Crocker St. #S-15.
Los Angeles, CA 90021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert B. Golden
Howard N. Aronson
Lackenbach Siegel LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale, New York 10583

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JUN - 6 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE JUNE 11, 2008 |
| NAME OF SERVER (PRINT) ROBERT HALL | TITLE REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of BUSINESS with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: GABIN LEE, MANAGER IN CHARGE

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 13, 2008           _Robert Hall_
                 Date                          Signature of Server

APS International, Ltd.
7800 Glenroy Rd. Minneapolis MN 55439
Address of Server

Subscribed and sworn to before me this 13 day of June, 2008.

_Tamara Morales_
Notary Public

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Kenneth Cole Productions (LIC), Inc. and Kenneth cole Productions, Inc., et. al., Plaintiff(s)
vs.
Reaction and Matthew Cho, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

APS File #: 090174-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
 --Matthew Cho
Court Case No. 08-CIV. 5218

LACKENBACH, SIEGEL, MARZULLO, ET AL
Ms. Nicole Saraco
One Chase Road
Scarsdale, NY 10583

State of: _CALIFORNIA_ ) ss.
County of: _ORANGE_ )

**Name of Server:** _ROBERT HALL_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _JUNE_, 20 _08_, at _3:36_ o'clock _P_ M

**Place of Service:** at 1015 S. Crocker St. # S-15, in Los Angeles, CA 90021

**Documents Served:** the undersigned served the documents described as:
Summonses in a Civil Case; Complaint; Federal Rule 7.1 Statement;
Civil Cover Sheet; Individual Practices of United States District
Judge Alvin K. Hellerstein; USDC/SDNY Electronic Case Filing
Rules and Instructions

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Matthew Cho

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _GABIN LEE_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Matthew Cho at the place of service, and whose relationship to the person is: _MANAGER-IN-CHARGE_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _ASIAN_; Hair Color _BLACK_; Facial Hair _____
Approx. Age _40_; Approx. Height _5'5"_; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Robert Hall_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _13_ day of _June_, 20 _08_

_Tamara Morales_  8/5/2011
Notary Public  (Commission Expires)

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011