AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Kenneth Cole Production (LIC), Inc. and Kenneth Cole Productions, Inc.

V.

Reaction and Matthew Cho

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 5218

JUDGE HELLERSTEIN

TO: (Name and address of Defendant)

Reaction
1015 S. Crocker St. #S-15.
Los Angeles, CA 90021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert B. Golden
Howard N. Aronson
Lackenbach Siegel LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale, New York 10583

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon   CLERK

DATE   JUN -6 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: JUNE 11, 2008 |
| NAME OF SERVER (PRINT): ROBERT HALL | TITLE: REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of BUSINESS with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: GABIN LEE, MANAGER IN CHARRGE, AUTHORIZED TO ACCEPT SERVICE

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 13 2008
Date

Signature of Server: *Robert Hall*

Address of Server: APS International, Ltd. 7800 Glenroy Rd. Minneapolis, MN 55439

Subscribed and sworn to before me this 13 day of June, 2008.

*Tamara M.*
Notary Public

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Kenneth Cole Productions (LIC), Inc. and Kenneth cole Productions, Inc., et. al., Plaintiff(s)
vs.
Reaction and Matthew Cho, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

APS File #: 090174-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Reaction
Court Case No. 08-CIV. 5218

LACKENBACH, SIEGEL, MARZULLO, ET AL
Ms. Nicole Saraco
One Chase Road
Scarsdale, NY 10583

State of: **CALIFORNIA** ) ss.
County of: **ORANGE** )

**Name of Server:** **ROBERT HALL**, undersigned, being duly sworn, deposes and says that at the time of service, he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **11** day of **JUNE**, 20**08**, at **3:36** o'clock **P** M

**Place of Service:** at 1015 S. Crocker St. # S-15, in Los Angeles, CA 90021

**Documents Served:** the undersigned served the documents described as:
Summonses in a Civil Case; Complaint; Federal Rule 7.1 Statement;
Civil Cover Sheet; Individual Practices of United States District
Judge Alvin K. Hellerstein; USDC/SDNY Electronic Case Filing
Rules and Instructions

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Reaction

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **GABIN LEE, MANAGER-IN-CHARGE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **ASIAN**; Hair Color **BLACK**; Facial Hair ___
Approx. Age **40**; Approx. Height **5'5"**; Approx. Weight **180LBS**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Robert Hall*
Signature of Server

Subscribed and sworn to before me this **12** day of **June**, 20**08**
*Tamara* 8/5/2011
Notary Public   (Commission Expires)

**APS International, Ltd.**



TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011